UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HYUNG SUN KIM,

                      Plaintiff,

   -against-                                                01 Civ. 1311 (MEA)

LEO RING, FRANK RING, and MICHAEL RING,

                      Defendants.
-----------------------------------------------------------------X
LEO RING, FRANK RING, and MICHAEL RING,

                      Third-Party Plaintiffs,

   -against-

DAVID & YOUNG CO., INC.,

                      Third-Party Defendant.
-----------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/09

## ORDER

**MARVIN E. ASPEN**, *District Judge.*

      The case is set for pretrial on April 13, 2009, at 9:00 a.m. and trial on April 14, 2009 at 9:00 a.m.

      We order the parties to file a revised pre-trial order by April 1, 2009, which should include all matters that are standard for pre-trial orders in the Southern District of New York. In addition, the following must be included: proposed voir dire questions; proposed jury instructions; motions in limine; and a one-page joint statement of the nature of the case, to be read to the prospective jurors by the Court at voir dire. If the parties cannot agree on a joint statement, separate statements shall be served and filed on or before April 1, 2009.

      Written grounds for objections to any voir dire questions and/or jury instructions shall be served and filed on or before April 3. Responses to any motions in limine shall be served and filed on or before April 3, with replies due on or before April 5. Late filed motions in limine shall not be considered by the Court.

      On the date of each of the above filings, the parties shall fax a copy thereof to Judge Aspen's chambers (312-408-5160).

**So ordered.**

Dated: March 26, 2009                                      <u>s/ Marvin E. Aspen</u>
                                                                                    Marvin E. Aspen
                                                                                    United States District Judge